UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
1010 5th Ave., Room 215
Seattle, Washington 98104

FILED
LODGED
RECEIVED



MAY 2 8 2002

**BRUCE RIFKIN**
District Court Executive
Seattle, Washington

May 15, 2002

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

Clerk's Office
US District Court-Central Dist of CA
US Courthouse
312 N Spring St, Rm G-8
Los Angeles, CA 90012

02-461 CR8

RE.   **USA v. Smith**
      YOUR CASE NUMBER:   CR02-641 CAS
      OUR CASE NUMBER:    CR88-299C

Dear Clerk:

Pursuant to the Order Transferring Probation Jurisdiction in the above-captioned case, enclosed are certified copies of

|   |   |
|---|---|
| X | Docket sheet |
| X | Indictment or Information |
| X | Judgment & Commitment |
| X | Plea Agreement |
| X | Financial Case Record (from Financial Dept ) |
|   | Other: |

Please acknowledge receipt of the above documents by returning the enclosed copy of this letter

Sincerely,

BRUCE RIFKIN, DISTRICT COURT EXECUTIVE

By: _____
    Mary Heuerman, Deputy Clerk

CR 88-00299 #00000671

Enclosures
cc. AUSA, USPO

671